FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 9 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 22-1859 WJ |
| Plaintiff, ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 2251(a), 2251(e), and 2256: Production of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; |
| WILLARD DEDIOS, ) | |
| Defendant. ) | Count 2: 18 U.S.C. §§ 1153, 2242(2)(b), and 2246(2)(C): Sexual Abuse. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about May 26, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **WILLARD DEDIOS**, employed, used, persuaded, induced, enticed and coerced a minor under 18 years of age, Jane Doe, and attempted to persuade, induce, entice and coerce Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.

Count 2

On or about May 26, 2022, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **WILLARD DEDIOS**, an Indian, knowingly engaged in and attempted to engage in a sexual act with Jane Doe, while Jane Doe was physically incapable of declining participation in, and communicating unwillingness to engage in that sexual act.

In violation of 18 U.S.C. §§ 1153, 2242(2)(b) and 2246(2)(C).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2251, the defendant, **WILLARD DEDIOS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253: any matter containing visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, a BLU cellular phone, Model B140DL, bearing serial number 781154993.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

11/08/22 3:07PM